UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA )
)
V. )
) DISMISSAL
) ORDER
VARIOUS DEFENDANTS )

The GOVERNMENT moves for dismissal of the below captioned cases without prejudice for the following reason: Prosecutorial Discretion (Evidentiary and Witness Problem)

| CASE No. | | CASE No. | |
|---|---|---|---|
| 5:08-mj-01144-JG | USA v. Baker | 5:08-mj-01449-JG | USA v. Gerald |
| 5:08-mj-01146-JG | USA v. Casango | 5:08-mj-01450-JG | USA v. Gibbons |
| 5:08-mj-01156-JG | USA v. McInturf | 5:08-mj-01451-JG | USA v. Hollman |
| 5:08-mj-01157-JG | USA v. Meador | 5:08-mj-01455-JG | USA v. Martinez |
| 5:08-mj-01165-JG | USA v. Ricci | 5:08-mj-01457-JG | USA v. McGahey |
| 5:08-mj-01166-JG | USA v. rodriguez | 5:08-mj-01458-JG | USA v. Meixner |
| 5:08-mj-01167-JG | USA v. Ruiz Rodriguez | 5:08-mj-01464-JG | USA v. Suhr |
| 5:08-mj-01168-JG | USA v. Simpson | 5:08-mj-01532-JG | USA v. Arrant |
| 5:08-mj-01170-JG | USA v. Smith | 5:08-mj-01534-JG | USA v. Bounnharaj |
| 5:08-mj-01175-JG | USA v. White | 5:08-mj-01536-JG | USA v. Caballerootero |
| 5:08-mj-01176-JG | USA v. Whitebull | 5:08-mj-01539-JG | USA v. Davis |
| 5:08-mj-01178-JG | USA v. Wright | 5:08-mj-01540-JG | USA v. Degarmo |
| 5:08-mj-01180-JG | USA v. Zurita | 5:08-mj-01541-JG | USA v. Dilorenzo |
| 5:08-mj-01185-JG | USA v. Moses | 5:08-mj-01544-JG | USA v. Evans |
| 5:08-mj-01190-JG | USA v. Cross | 5:08-mj-01546-JG | USA v. Gross |
| 5:08-mj-01440-JG | USA v. Amira | 5:08-mj-01550-JG | USA v. Hughes |
| 5:08-mj-01441-JG | USA v. Austin | 5:08-mj-01553-JG | USA v. Krepps |
| 5:08-mj-01444-JG | USA v. Bruce | 5:08-mj-01554-JG | USA v. Lawhorn |
| 5:08-mj-01445-JG | USA v. Duvivier | 5:08-mj-01556-JG | USA v. Lewis |
| 5:08-mj-01447-JG | USA v. Eldridge | 5:08-mj-01557-JG | USA v. Mayer |

## CASE No.

5:08-mj-01558-JG   USA v. Mayo
5:08-mj-01559-JG   USA v. McDonald
5:08-mj-01564-JG   USA v. Ray
5:08-mj-01567-JG   USA v. Reyes
5:08-mj-01568-JG   USA v. Rogers
5:08-mj-01573-JG   USA v. Thrash
5:08-mj-01574-JG   USA v. Tupua
5:08-mj-01581-JG   USA v. Younger
5:08-mj-01689-JG   USA v. Cantu
5:08-mj-01690-JG   USA v. Carter
5:08-mj-01691-JG   USA v. Chance
5:08-mj-01695-JG   USA v. Dillon
5:08-mj-01703-JG   USA v. Morris
5:08-mj-01706-JG   USA v. Noland
5:08-mj-01708-JG   USA v. Rodriguez
5:08-mj-01709-JG   USA v. Settles
5:08-mj-01711-JG   USA v. Spinelli
5:08-mj-01715-JG   USA v. Quebedeaux

Submitted on: 3/24/14

YOLANDA McCRAY JONES
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC  28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This ___4___ day of ___April___, 2014.

United States Magistrate Judge